# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

**FILED**
APR 09 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) Case No. 1:17-CR-00218-DAD<br>) |
| v. | |
| MATTHEW JOHN KEYES, | |

# AMENDED
## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: **U.S. DISTRICT COURT, 2500 Tulare Street, Fresno, California 93721**
*Place*

**U.S. MAGISTRATE JUDGE BARBARA A. McAULIFFE in Courtroom 8**

on        **JUNE 5, 2018 at 2:00 PM**
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance and Compliance Bond, if ordered.

**TO U.S. MARSHAL OFFICE:   DELAY Release - *Tuesday, APRIL 10, 2018 at 8:00 AM*
*To the care and custody of CAP (Comprehensive Addiction Programs, Inc.) STAFF ONLY.***

**cc:   Defendant – provided by Probation;    US Attorney;    US Marshal ;   Probation**

# ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☐    (6)    The defendant is placed in the custody of:

       Name of person or organization

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

       SIGNED: _____
                      CUSTODIAN

☑    (7)    The defendant must:
     ☑      (a)    abide by all terms and conditions previously imposed.
     ☑      (b)    engage in, enroll in, participate in and successfully complete the Comprehensive Addiction Program (CAP).

**USMS SPECIAL INSTRUCTIONS:**

☑      (c)    have your release delayed until 8:00 am on Monday, April 9, 2018 at which time you will be released from the Fresno Marshal's Office, directly to staff of Comprehensive Addiction Program (CAP) for immediate transportation to their treatment facility.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT: **Matthew John Keyes**

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Defendant's Signature*

### Directions to the United States Marshal

( X ) The defendant is ORDERED released after processing.

Date: __4|6|2018__

*Judicial Officer's Signature*

U.S. Magistrate Judge Barbara A. McAuliffe
*Printed name and title*

Release on Tuesday, April 10, 2018 at 8:00 am to the care & custody of CAP representative.
4/9/16

DISTRIBUTION:  COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL