Nicco Capozzi (SBN 275568)
Law Office of Nicco Capozzi
2115 Kern Street, Suite 103
Fresno, CA 93721
Phone: (559) 374-2012
Fax (559) 476-5225
nc@niccocapozzilaw.com

Attorney for Defendant Matthew Keyes

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America**, <br><br> Plaintiff, <br><br> vs. <br><br> **Matthew Keyes**, <br><br> Defendant. | Case No.: 1:17-CR-00218 <br><br> **STIPULATION AND ORDER TO VACATE JUNE 5, 2018 STATUS HEARING AND TO SET DISPOSITIONAL HEARING FOR MAY 7, 2018** |

**To the parties, counsel, and the above-entitled court:**

Please take notice that Defendant Matthew Keyes hereby submits the following stipulation and proposed order to vacate the currently set June 5, 2018 status hearing and to set a dispositional hearing for May 7, 2018.

The undersigned parties herby stipulate:

WHEREAS, Defendant in this action is Matthew Keyes is represented by Mr. Nicco Capozzi, of the Law Office of Nicco Capozzi;

WHEREAS, the Defendant admitted the supervised release violation and was to released into the inpatient CAP substance abuse program;

WHEREAS, the Defendant was unable to secure financing to enroll in the inpatient CAP substance abuse program;

WHEREAS, a status hearing is currently set on June 5th, 2018, to hear the

- 1 -
Substitution of Attorney

Defendant's progress;

WHEREAS, the parties request to vacate the June 5th status hearing;

WHEREAS, all parties have agreed to a disposition hearing to be held on May 7th, 2018.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel that the **June 5th, 2018 Status Hearing be vacated and a Disposition Hearing be heard on May 7th, 2018.**

Dated:   April 23, 2018          /s/ Nicco Capozzi
                                 Nicco Capozzi
                                 Attorney for Defendant

Dated:   April 23, 2018          /s/ Vincenza Raebenn
                                 Vincenza Raebenn
                                 Attorney for the United States

## ORDER

IT IS HEREBY ORDERED that the June 5th, 2018 Status Hearing be vacated and a Disposition Hearing to be set on May 7th, 2018 at 10:00 a.m. before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **April 24, 2018**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE